# ATTACHMENT

# A

*Redacted Docket Materials*

RECEIVED

DEC 12 2013

Clerk, U.S. District and
Bankruptcy Courts

IN THE MATTER OF THE APPLICATION  )    Misc. No.
OF THE UNITED STATES OF AMERICA   )
FOR AN ORDER DIRECTING THE        )                    13-1369
DISCLOSURE OF TELECOMMUNICATIONS) 
RECORDS FOR A SPRINT CELLULAR     )    __UNDER SEAL__
TELEPHONE NUMBER ▮▮▮▮▮▮▮          )

**FILED**

DEC 12 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## APPLICATION FOR DISCLOSURE OF HISTORICAL CELL SITE INFORMATION PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 2703(d)

Karla-Dee Clark, Assistant United States Attorney for the District of Columbia, hereby applies to the Court for an Order, pursuant to Title 18, United States Code, Section 2703(c)(1)(B), directing Sprint to provide the following transactional records pertaining to cellular phone number ▮▮▮▮▮▮

1. Cell site activation including side and/or sector information;

2. Numbers dialed;

3. Incoming numbers if identified;

4. Call durations;

5. A listing of all control channels and their corresponding cell-sites;

6. Subscriber information, International Mobile Subscriber Identity (IMSI) or electronic serial number information (ESN), and billing information for the specified cellular/wireless telephone as well as indication of whether text messaging was an active feature on this account during the period listed below;

7. An engineering map, showing all cell-site tower locations, sectors, and orientations; and

8. Subscriber information, IMSI or ESN information, and billing information for any other cellular/wireless telephones on this account or that may be identified from these records,

and that the above-listed information be provided for October 12, 2013, through and including November 12, 2013.

## BACKGROUND

The applicant certifies that she is an "Attorney for the government" under Rule 1 of the Federal Rules of Criminal Procedure, and therefore, pursuant to 18 United States Code, Section 2703(c)(1) and (d) may apply for an order authorizing the release of historical cell site data and other records, and does so apply for such information.

The applicant further certifies that the United States Attorney's Office for the District of Columbia and the United States Marshals Service Capital Area Regional Fugitive Task Force (hereinafter "USMS") are searching for a fugitive from justice, ███████████ who is charged ███████████████████████████████████████████████████████████ ████████████████████████████████████ The applicant further certifies that there is probable cause to believe the locations and historical incoming and outgoing telephone numbers of the Sprint cellular telephone with the number ████████ (hereinafter "target telephone"), will provide relevant evidence to permit the USMS to facilitate the surveillance, location, and apprehension of ████████ who is wanted on an outstanding arrest warrant that was issued on ███████████████████████████ by Judge Beryl A. Howell of the United States District Court for the District of Columbia.

Deputy United States Marshals with the USMS have been investigating ████████ whereabouts. A law enforcement handler for ████████ has believed, and still maintains the

belief, that ██████████ would keep in touch with ██████████████████ ██████████████████████████ Members of law enforcement spoke with ████████ ████████ months ago when he became a loss of contact with law enforcement. ████████ said that she did not know ██████████████████ Upon information and belief, she provided her telephone number to law enforcement. Law enforcement did not believe that the ██████████████████ On December 11, 2013, Deputy Marshals spoke with ████████ ██████████████ claimed not to have heard from ████████████████████████ Generally, there are concerns as to whether ████████ was completely forthcoming about ████████ ████████ and whether they ████████████████████████████ The ████████ confirmed with Deputy Marshals that the target telephone remains her current cellular telephone number.

Deputy Marshals would like to review, for the limited time period of October 12, 2013, through November 12, 2013, ██████████████ historical cellular telephone records to determine if she ██████████████████████████████ ██████████████████████████ It is believed that if ████████████ maintains contact with ████████████████████████████ ██████████████████ A comparison would be made to determine if there has been a pattern since October 12, 2013, of calls made to or from that telephone number. If a positive result is obtained, that could advance the investigation and lead to additional investigative leads to facilitate locating and apprehending ████████████ We believe that ████████████ is in the Washington, D.C., metropolitan area. Recently, within the past couple of weeks, ████████████ sent a filing to the chambers of Judge Howell and listed on that filing an address in ████████████ ████████ Deputy Marshals went to that address and ████████████ was not there. Based upon



the fugitive investigation to date, we believe that he is in contact with certain individuals in this

area that may include █████████

### REQUEST

The applicant believes that the information provided pursuant to this application sets

forth specific and articulable facts that demonstrate there are reasonable grounds to believe that

the information sought by this application – which includes cell site information that will show

the location of the telephone with number ████████ and historical incoming and outgoing

call data from October 12, 2013, through November 12, 2013, is relevant and material to the

ongoing investigation described herein to learn the whereabouts of ████████ based upon

contacts with ██████ The applicant therefore requests that the Court issue an Order, pursuant

to Title 18, United States Code, Section 2703(d), directing Sprint to provide the above-listed

telecommunications records to the undersigned Assistant United States Attorney or to an agent

of the USMS designated by AUSA Clark.

The applicant further requests that this application and the Court's Order be sealed by the

Court until such time as the Court directs otherwise, and that the Court's Order direct Sprint and

its agents and employees not to disclose the existence of this order or of this investigation to the

subscriber, or to any other person unless otherwise directed by the Court.

WHEREFORE, it is respectfully requested that the Court grant an order (1) directing

Sprint to furnish the requested telecommunications records and (2) sealing this application and

the Court's Order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of December, 2013.

<div style="margin-left: 50%;">

Respectfully Submitted,

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY
D.C. Bar No. 447-889

*Karla-dee Clark*

KARLA-DEE CLARK
Assistant United States Attorney
D.C. Bar No. 435-782
555 Fourth Street, NW, 4th Floor
Washington, D.C.  20530
(202) 252-7740
Karla-Dee.Clark@usdoj.gov

</div>

FILED

DEC 1 6 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

IN THE MATTER OF THE APPLICATION )    Misc. No.  13-1367
OF THE UNITED STATES OF AMERICA )
FOR AN ORDER DIRECTING THE )
DISCLOSURE OF TELECOMMUNICATIONS)    **UNDER SEAL**
RECORDS FOR A SPRINT CELLULAR )
TELEPHONE NUMBER ( ███████ )

## O R D E R

This matter comes before the Court pursuant to an application under Title 18, United

States Code, Section 2703(c)(1)(B) by Karla-Dee Clark, Assistant United States Attorney for the

District of Columbia, requesting the production of certain telecommunications records on

telephone number ███████ The Court hereby finds that the applicant has certified that

there are reasonable grounds to believe that the information sought is relevant and material to a

criminal investigation of suspected violations of Title 21, United States Code, Section 846.

Accordingly, it is, this ___16___ day of December, 2013,

**ORDERED** pursuant to Title 18, United States Code, Section 2703(d), that Sprint will,

forthwith, provide to Assistant United States Attorney (AUSA) Karla-Dee Clark, or to an agent

of the United States Marshals Service designated by AUSA Clark, the following transactional

records pertaining to cellular phone number ███████

1. Cell site activation, including side and/or sector information;

2. Numbers dialed;

3. Incoming numbers if identified;

4. Call durations;

5. A listing of all control channels and their corresponding cell-sites;

6. Subscriber information, International Mobile Subscriber Identity (IMSI) or electronic serial number information (ESN), and billing information for the specified cellular/wireless telephone as well as an indication of whether text messaging was an active feature on this account during the period listed below;

7. An engineering map, showing all cell-site tower locations, sectors, and orientations; and

8. Subscriber information, IMSI or ESN information, and billing information for any other cellular/wireless telephones on this account or that may be identified from these records,

and that the above-listed information be provided for October 12, 2013, through and including November 12, 2013. It is

**FURTHER ORDERED** that this Order and the Application be sealed until otherwise ordered by the Court, and that copies of such order may be furnished to the United States Attorney's Office, Sprint Communications and any other necessary service provider, and the United States Marshals Service, and further that Sprint and any other necessary service provider and their agents and employees shall not disclose the existence of this Order or the existence of this investigation to the listed subscriber or to any other person unless or until otherwise ordered by the Court.

ORDERED THIS ____16____ day of December, 2013.

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE